OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**



$ 00.26⁵
02 1M
0004279596    MAR 20 2015
MAILED FROM WR-82,467-01

PITNEY BOWES

3/18/2015
**MOZEE, STANLEY ORSON**    Tr. Ct. No. W99-02631-R(A)
On this day, this Court has granted the trial court's request for an extension of time
to file the supplemental record. The supplemental record is due in this Court on
Monday, August 31, 2015.

Abel Acosta, Clerk

STANLEY ORSON MOZEE

RETURN TO SENDER
NOT IN DALLAS COUNTY JAIL
UTF